# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

LEE A. WHITE,

        Plaintiff,

vs.

BRUCE STROUD, *et al.*,

        Defendants.

Case No. 2:16–cv–01789–GMN–VCF

**ORDER**

MOTION FOR JURY TRIAL (ECF NO.23)

Before the Court is Plaintiff Lee White's Motion for Jury Trial (ECF 23). For the reasons stated below, Plaintiff's motion is denied.

In his motion, Plaintiff lists the basis for his claims and requests a judgment granting Plaintiff (1) compensatory damages, (2) punitive damages, (3) a jury trial, and (4) costs. (ECR 23 at 1-3). This motion was filed two days before Defendants filed an answer to Plaintiff's complaint. (ECF 24). At this stage of the proceedings, any order granting judgment in Plaintiff's favor or setting a trial date would be premature.[1]

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion (ECF 23) is DENIED.

IT IS SO ORDERED.

DATED this 16th day of October, 2017.

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Plaintiff included a jury trial demand in his complaint (ECF No. 6), so this motion is not construed as a demand for jury trial.